Submitted April 12, 1965.

*James Pletcher,* appellant, in propria persona; *W. Thomas Malcolm,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Ponds, Appellant, *v.* Maroney.

Submitted April 12, 1965.

*Kenneth Cecil Ponds,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Pursell, Appellant, *v.* Russell.

Submitted April 12, 1965. *David Pursell,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Raysor, Appellant, *v.* Maroney.

Submitted April 12, 1965.

*Benjamin Raysor,* appellant, in propria persona; *Edwin*

744

*J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Robson, Appellant, *v.* Russell.

Submitted April 12, 1965. *David R. Robson,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Sisco, Appellant, *v.* Russell.

Submitted April 12, 1965. *Robert Sisco,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Snyder, Appellant, *v.* Maroney.

Submitted April 12, 1965. *Samuel Snyder,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.